UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,
aka GARY FISHER,

    Petitioner,

    v.

DIRECTOR OF OPS OF CDCR,

    Respondent.

Case No.  14-cv-04430-WHO (PR)

**ORDER OF TRANSFER**

In this federal habeas action, filed pursuant to 28 U.S.C. § 2254, petitioner Gary Dale Barger challenges his custodian at the California Health Care Facility in Stockton, which is in the Eastern District.  Accordingly, this action is TRANSFERRED to the Eastern District of California.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:**  October 15, 2014

_____
WILLIAM H. ORRICK
United States District Judge